USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AUGIE HASHO & ASSOCIATES, INC.,
                          Plaintiff,

-against-

BANK OF AMERICA NATIONAL ASSOCIATION,
                          Defendant.
-----------------------------------------------------------X

10 CIVIL 5204 (PAC)

**JUDGMENT**

      Defendant having moved to dismiss or for summary judgment pursuant to Fed. R. Civ. P. 12(b)(6), 12(d), and 56, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on August 3, 2011, having rendered its Opinion and Order granting Defendant's motion to dismiss on summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2011, Defendant's motion to dismiss on summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
           August 4, 2011

                                           **RUBY J. KRAJICK**
                                              Clerk of Court
                    **BY:**

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____